UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Gerald Tvelia, et al</u>

                v.                  Civil No. 05-cv-438-PB

<u>FNU Caron, et al</u>

ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

SO ORDERED.

January 10, 2007                                     /s/ Paul Barbadoro
                                                                   Paul Barbadoro
                                                                   United States District Judge

cc:    George T. Campbell, III, Esq.
        Andrew B. Livernois, Esq.